UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ASSEMGUL MUKHANBETZHANOVA

        Plaintiff,

vs.

Case No.:

0:22-cv-61626

ZHANIYA DYUSSEMBAYEVA and DANA DYUSSEMBAYEVA.

        Defendants.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, ASSEMGUL MUKHANBETZHANOVA, (hereinafter "Plaintiff"), states his complaint against Defendant, ZHANIYA DYUSSEMBAYEVA and DANA DYUSSEMBAYEVA (hereinafter "Defendants"), and states the following:

**PARTIES AND JURISDICTION**

1. At all times material hereto both defendants reside at 702 SE 3rd Ave, Suite 204, HALLANDALE BEACH, Florida 33009.

2. Plaintiff is an individual who is a resident of Kazakhstan.

3. The parties are completely diverse.

4. This action is one where the claimed value of the subject property exceeds $75,000.00.

5. Venue is properly laid because the property is situated in Broward County, Florida.

## FACTUAL BACKGROUND

6. On January 15, 2021, a document was created that appeared to transfer ownership in the property located at 702 SE 3rd Ave, Suite 204, HALLANDALE BEACH, Florida 33009 ("Subject Property").

7. This document was a forgery, and no factual or legal transfer should have taken place.

8. The notary turned out to be a step daughter of the grantor, who was not in the United States of America when this document was signed, and step sister of Defendnats.

9. The last time the grantor was in the United States was September 24, 2018.

## COUNT I – FRAUD, FORGERY, AND UTTERING OF A FALSE INSTRUMENT

10. Plaintiff incorporates the allegations in paragraph 1-9, and further states:

11. Defendants made a false instrument in writing the regarding the warranty deed.

12. Defendants had the intent to transfer property that did not belong to them. Plaintiff knowns there was the requisite intent because the grantor was not in the country, and the notary public was an individual who is step daughter the grantor and step sister of Defendnats.

13. The Quit Claim deed is the kind of instrument that is capable of effectuating a fraud.

WHEREFORE, Plaintiff seeks the Court to find in Plaintiff's favor for Fraud, Forgery, and Uttering against the Defendant, and void the deed, returning the property in grantor's rightful possession.

Date August 31, 2022.

Respectfully submitted,

By:

TRAYBER RAIKHELSON LAW GROUP
*Counsel for Plaintiff*
2750 NE 185th St, Suite 206
Aventura FL 33180
Telephone:     (954) 895-5566
Primary Email: arlaw@raikhelsonlaw.com
Secondary email: a.raikhelson@icloud.com

/s/ Andre G. Raikhelson
Andre G. Raikhelson, Esq.
Bar Number: 123657